## EHLER v. STŒVER.

March 24, 1836.

*Rule to show cause why the writ should not be set aside.*

Prior to the act of 13th June, 1836, four days service *exclusive* of the return day was required in *scire facias* against bail.
Of the issuing and service of writs since the act of 13th June, 1836.

THIS was a *scire facias* against the bail to the action, after a return of N. E. I. issued on a *Friday*, returnable on the succeeding *Monday*, which was the return day of the term.   The defendant obtained this rule.

[Ehler v. Stœver.]

PER CURIAM.—The writ must be set aside. Four days service *exclusive* of the day of return is required in cases of *scire facias* against bail.   2 *Sellon's Pr.* 53, 54.

Rule absolute.[a]

---

[a] By the 30th–40th sections of the act of June 13, 1836, (*Stroud's Purdon, tit. Action*) the following provisions are in substance made. 1. *Scire facias* is issued, served and returnable as a *summons* in a personal action. 2. The writ may issue, returnable to the *first day of the next term after issuing*, and may be served ten days *before* the return day, and in such case judgment may be taken for want of an appearance. 3. If there shall not be ten days *between* the issuing and the first day of the next term after issuing, the writ may be made returnable the next day preceding the last day of the term, or on the first day of the second term next after the issuing, except in the courts for the city and county of Philadelphia and Allegheny, in which the writ is made returnable on the first day of the next term, or on the first Monday of any intermediate month at the election of the plaintiff. 4. In case the writ is not served ten days *before* the return day, the plaintiff may have judgment for want of an appearance at any day which shall be ten days *after* the service. The effect of these provisions is, that judgment for default of appearance in *scire facias* against bail, cannot be taken unless there is *ten days* service of the writ. See Fisher *v.* Potter, Weaver *v.* Springer, and Thompson *v.* Patterson, in this volume.